5:18cv1-KSMTP



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN -3 2018
ARTHUR JOHNSTON
BY_____DEPUTY

| | | |
|---|---|---|
| Amy McDonald- Elery | VS | Natchez Adam School District |
| Plaintiff | | Defendant |

I write you today to share the unfortunate chain of event which have affected my inability to gain employment, and to seek your assistance and guidance in rectifying this wrong.

1. On or about [October 2014] my father was diagnosed with stage 4 colon cancer. As primary caregiver, I took a leave of absence from work to care for my father. Under the CARE Act, I am entitled to leave in order to provide home care to my parent. I took only 12 days of the 60 days allowed, and I have the proper documentation stating that I am the caregiver on my father's medical records. At this time the presiding principal was Dr. Willis Smith. At his direction, the District terminated me on the grounds of excessive absences.

   A. I filed a claim with the EEOC and subsequently was rehired to my post. However, on April 15, 2015, I experienced an accident, falling down and sustaining physical injuries. As testament to his disdain for me, Dr. Willis Smith would not call for medical assistance. I was diagnosed with a concussion and a torn rotator cuff. The Doctor did not release me from duty, but rather limited, light duty.

   B. To complicate my situation, in September 2015 I had surgery on my shoulder, lived through a cancer scare, and my learned my spine had shifted. As a result of these findings, my doctor informed me that I would no longer be able to work with Special Needs children; the job I loved. No longer able to work in my field, I opened a Worker's Compensation claim.

   C. When I was able to work again, and because the burden of our household bills and expenses lay solely on my husband, I began applying for employment that I would not require me to bend excessively or lift. I have applied for jobs through the school district, but feel as if I am being overlooked because of the new Superintendent, Fred Butcher.

With 18 years of tenure in the District, I believe I am qualified to fulfill the requirements of the jobs I have applied for. The reasons given to me by Mr. Butcher have been weak and I feel as if he is only giving me excuses for my lack of consideration to these jobs. I believe he is hiring based on nepotism, hiring friends and family that are less qualified than I am.

I filed another claim with the EEOC against the District, however, the investigators reported that based on the comments from the interviewing panel, I did poorly on the questions. Through word of mouth, I learned that it was felt that I did excellent on my interview and was qualified for the role. It is important to note that the individual hired had fewer qualifications than I have, and she is one of the interviewer's sorority sisters.

   D. I am hoping that someone from your offices will look into the hiring practices of the District and can assist me in my employment efforts. I am eligible for rehire. Both my father and husband served in the military. We are a military family and have given ourselves to our

country and community. I am just looking for assistance to get back to work, before my husband and I lose everything we've worked all our lives for.

It is my feeling that I am being blackballed by the Natchez Adams School District. I have also applied across river in Vidalia, Louisiana, to no avail.

Respectfully,

*Amy McDonald-Elery*

Amy McDonald- Elery

Address: 116 Old Horse Shoe Lane
Natchez, Ms 39120
Email: davspouse1@bellsouth.net
Telephone: 601 446-7627, 601870-2772
Submitting date: 12/29 /2017