IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AMY MCDONALD-ELERY                                              PLAINTIFF

VS.                                          CIVIL ACTION NUMBER 5:18-CV-1-KS-MTP

NATCHEZ-ADAMS SCHOOL DISTRICT                    DEFENDANT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on January 22, 2018, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and that Plaintiff's Motion for Leave to Proceed in forma pauperis [2], be and the same is hereby DENIED. Plaintiff is given (60) sixty days from the date of this Order to pay all of the costs associated with the filing of this lawsuit. Should Plaintiff fail to timely pay all of the costs associated with the filing of this lawsuit, the matter may be dismissed without prejudice and without further notice.

SO ORDERED, this the  12th  day of February, 2018.

         s/Keith Starrett
         UNITED STATES DISTRICT JUDGE